# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN RE POLYESTER STAPLE | ) | |
| ANTITRUST LITIGATION | ) | **MDL DOCKET NO: 3:03CV1516** |
| _____) | | *Civil Docket No.: 3:04CV104* |
| | | |
| DAN RIVER INCORPORATED, | ) | |
|        Plaintiff, | ) | |
| | ) | |
|        vs. | ) | |
| | ) | |
| WELLMAN, INC., et al., | ) | |
|        Defendants. | ) | |
| _____) | | |

**THIS MATTER** comes before the Court on the joint motion of Plaintiff Dan River Incorporated ("Dan River"), and Defendant Wellman, Incorporated ("Wellman") to dismiss Defendant Wellman with prejudice. (*MDL Individual Action No.: 3:04CV104*) Dan River does not seek to dismiss any other claims or parties.

**IT IS HEREBY ORDERED** that the parties' joint motion is **GRANTED**. Accordingly, Defendant Wellman is **DISMISSED WITH PREJUDICE**. Pursuant to the parties' agreement, each party is to bear its own costs.

**Signed: September 28, 2005**

Richard L. Voorhees
United States District Judge

**Signed: September 29, 2005**

Richard L. Voorhees
United States District Judge

**Signed: September 29, 2005**

Richard L. Voorhees
United States District Judge

**Signed: September 29, 2005**

Richard L. Voorhees
United States District Judge

**Signed: September 29, 2005**

Richard L. Voorhees
United States District Judge

**Signed: September 29, 2005**

Richard L. Voorhees
United States District Judge